```
1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  BRIGGS MATHESON (CABN 291287)
   ERIC CHENG (CABN 274118)
5  PATRICK O'BRIEN (CABN 292470)
   Assistant United States Attorney
6
        450 Golden Gate Avenue, Box 36055
7       San Francisco, California 94102-3495
        Telephone: (415) 436-6557
8       FAX: (415) 436-7234
        Eric.Cheng@usdoj.gov
9
   Attorneys for United States of America
```

**FILED**
MAR 12 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

3   19   70373   JCS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| v. | |
| BLAKE, DIANE; BLAKE, TODD; COLBURN, AMY; COLBURN, GREGORY; HUNEEUS, AGUSTIN; ISACKSON, BRUCE; KLAPPER, MARJORIE; MCGLASHAN JR., WILLIAM E.; PALATELLA, MARCI; and SARTORIO, PETER JAN, | |
| Defendants. | |

v. 7/10/2018

1 |     Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure
2 | that on <u>March 12, 2019</u>, the above-named defendants were arrested pursuant to an arrest warrant (copy
3 | attached) issued upon an
4 |     ☐    Indictment
5 |     ☐    Information
6 |     X    Criminal Complaint
7 |     ☐    Other (describe) _____
8 | pending in the District of <u>Massachusetts</u>, Case Number <u>19-MJ-6087-MPK</u>.
9 |     In that case (copy of complaint attached), the defendants are charged with violations of Title <u>18</u>
10 | United States Code, Section <u>1349</u>.
11 | Description of Charges: <u>Conspiracy to Commit Mail Fraud and Honest Services Mail Fraud</u>.
12 |     The maximum penalties are as follows:
13 |     <u>20 years' imprisonment; $250,000 fine; three years' supervised release; and $100 special
14 | assessment</u>.

                                                            Respectfully Submitted,

                                                             DAVID L. ANDERSON
                                                             UNITED STATES ATTORNEY

Date: 3/12/19

                                                             BRIGGS MATHESON
                                                             ERIC CHENG
                                                             PATRICK O'BRIEN
                                                             Assistant United States Attorneys