UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

_____

www.cand.uscourts.gov

Susan Y. Soong                                                                                   General Court Number
Clerk of Court                                                                                        415-522-2000

March 12, 2019

U.S. District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Case Name:      USA v. Blake, et al.
Case Number:    19-mj-70373-JCS-1
Charges:        18:1349 - Conspiracy to Commit Mail Fraud and Honest Services Mail Fraud

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Joseph C. Spero.  The following action has been taken:

( )     The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

(X)     The defendants have court appearances in your court on : 3/29/2019

Enclosed are the following documents:

(X)     Original Rule 5 affidavit

(X)     Original minute orders

(X)     Certified copy of AO 467, *Order Requiring a Defendant to Appear*

(X)     Other miscellaneous documents

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Susan Y. Soong, Clerk

By:_____
Mark Jenkins, Case Systems Administrator
415-522-2000

-------------------------------------------------------------------------------------------------------------

Receipt of the above-described documents is acknowledged herewith and assigned case number: _____ .

Date: _____

                                                   By: _____
                                                           Deputy Clerk