```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3     Before The Honorable Joseph C. Spero, Magistrate Judge
 4
 5 UNITED STATES OF AMERICA,    )
                                )
 6          Plaintiff,           )
                                )
 7 vs.                          )  No. 19MJ70373-JCS
                                )
 8 AGUSTIN HUNEEUS,             )
                                )
 9          Defendant.           )
10 _____)
                                     San Francisco, California
11                                   Tuesday, March 12, 2019
12
     TRANSCRIPT OF PROCEEDINGS OF THE OFFICIAL ELECTRONIC SOUND
13            RECORDING 9:32 - 10:04 = 32 MINUTES
14
   APPEARANCES:
15
   For Plaintiff:
16                              United States Attorney's
                                  Office
17                              Northern District of
                                  California
18                              450 Golden Gate Avenue
                                San Francisco, California
19                                94102
                          BY:   BRIGGS J. MATHESON, ESQ.
20                              ERIC CHENG, ESQ.
                                PATRICK K. O'BRIEN, ESQ.
21
   For Defendant:
22                              Farella, Braun & Martel, LLP
                                235 Montgomery Street
23                              30th Floor
                                San Francisco, California
24                                94104
                          BY:   WILLIAM  KEANE, ESQ.
25
```

1  Transcribed by:              Echo Reporting, Inc.
                                Contracted Court Reporter/
2                               Transcriber
                                echoreporting@yahoo.com
3

```
                                                              3
1   Tuesday, March 12, 2019                              9:32 a.m.
2                    P-R-O-C-E-E-D-I-N-G-S
3                          --oOo--
4         THE CLERK:  We are calling Case Number 3:19-MJ-
5   70373, U.S.A. versus Peter Jan Sartorio, U.S.A. versus Marci
6   Palatella, U.S.A. v. William E. McGlashan Jr., U.S.A. versus
7   Marjorie Klapper, U.S.A. versus Bruce Isackson, U.S.A.
8   versus Agustin Huneeus, U.S.A. versus Gregory Colburn,
9   U.S.A. versus Amy Colburn, U.S.A. versus Todd Blake, and
10  U.S.A. versus Diane Blake.
11        THE COURT:  All right.  Appearances, please.
12        MR. O'BRIEN:  Good morning, your Honor.  Patrick
13  O'Brien for the United States.
14        MR. MATHESON:  Good morning, your Honor.  Briggs
15  Matheson for the United States.
16        THE COURT:  Good morning.
17        MR. CHENG:  Good morning, your Honor.  Eric Cheng
18  for the United States.
19        MR. KEANE:  Good morning, your Honor.  I'm here
20  for Agustin Huneeus.
21        THE COURT:  Okay.
22     (Pause while the Court heard other matters.)
23        THE COURT:  All right.  So are all the Defendants
24  in the courtroom?
25        MS. LINKER:  As far as I'm aware, there are 10
```

4

1  Defendants in the courtroom, your Honor.
2           THE COURT:  So let me just go down my list.
3       (Pause while the Court heard other matters.)
4           THE COURT:  Agustin Huneeus?
5           THE DEFENDANT:  Here.
6           THE COURT:  Is that how you pronounce your name?
7           THE DEFENDANT:  Huneeus.
8           THE COURT:  Huneeus.
9       (Pause while the Court heard other matters.)
10          THE COURT:  Okay.  So this is your first
11 appearance in this case, and what we do is we go through the
12 preliminary steps.  As you probably all know, this is a
13 District of Massachusetts case.  So we do very limited
14 things here.  We make sure that you've got a lawyer.  We
15 make sure that you're told your rights.
16      Counsel, would you mind standing either to the left or
17 to the right so I can see them all?  Thank you.
18      We arrange for bond so that you can all get out, and
19 then we set future dates.
20      The first thing I need to tell you is that you have the
21 right to remain silent.  You don't have to make any
22 statements to any agent of the United States Government.  If
23 you have made statements in the past, you don't have to make
24 any more statements.  If you start to make a statement, you
25 may stop at any time.  If you make a statement, it can be

5

1 used against you.  You have the right to a lawyer at all
2 stages in these proceedings and to free counsel at public
3 expense if you cannot afford a lawyer.
4     So, on that issue --
5     (Pause while the Court heard other matters.)
6         THE COURT:  Okay.  So, those of you who had
7 special appearance by private counsel, they'll appear for
8 you here.  Otherwise, Ms. Linker will represent you here
9 today.  She's from the Federal Public Defender's Office.  So
10 I'll appoint that office.
11     The charges against you are contained in this very long
12 complaint and very complicated complaint which you'll need
13 to talk to your lawyers about in great detail to understand,
14 but in general it charges a conspiracy under 18 U.S.C.
15 Section 1349 to commit mail fraud and honest services mail
16 fraud.
17     I'll ask one of the Assistant United States Attorneys
18 to tell us what the maximum possible penalty is for that
19 offense.
20         MR. MATHESON:  Your Honor, the maximum penalties
21 for that offense is 20 years imprisonment, $250,000 fine,
22 three years supervised release, and a $100 special
23 assessment.
24         THE COURT:  All right.  So, as I said, it's
25 charged in the District of Massachusetts.  What you do have

6

1 the right to have here is an identity hearing.  An identity
2 hearing just raises the question and the Court decides
3 whether or not you are the person named in the complaint,
4 not whether you're guilty or innocent.  We don't decide that
5 here.
6     You also have the right to waive an identity hearing
7 and then be ordered to appear in the District of
8 Massachusetts.  You also have the right under Rule 20, if
9 you desire, to indicate to the Court that you wish -- in
10 writing that you wish to plead guilty to the charges, that
11 you wish to waive your right to have the disposition and
12 trial in the District of Massachusetts and can consent to
13 the disposition here.  That requires both your consent and
14 the consent of both the United States Attorney in
15 Massachusetts and the United States Attorney here.  You also
16 have the right to be heard on the question of bail.
17       (Pause while the Court heard other matters.)
18         THE COURT:  All right.  And, Mr. Keane, is your
19 client waiving the identity hearing?
20         MR. KEANE:  Yes, your Honor.
21       (Pause while the court heard other matters.)
22         THE COURT:  All right.  So all parties are waiving
23 their identity hearing in this District.
24     On the question of bail, have we -- what are we doing?
25       (Pause while the Court heard other matters.)

1    THE COURT: So let me hear from Mr. Keane.
2    MR. KEANE: Your Honor, we'd make the same pitch,
3 and I'd submit --
4    THE COURT: Yeah.
5    MR. KEANE: -- on Ms. Linker's comments. The
6 million dollars is just not necessary here. Our client has
7 lived in San Francisco for many years, has children here,
8 has a substantial business in the Valley. Seems like clear
9 overkill to me.
10    THE COURT: The security?
11    MR. KEANE: Yeah, the -- yeah. Yes, the million
12 dollar security, I just don't think it is needed.
13    THE COURT: Okay.
14    MR. KEANE: PR bond clearly would be -- I think
15 would be -- would be -- I wouldn't say standard here versus
16 other districts. I don't want to compare, but I just don't
17 see it here, not on the case, not on the complaint. So well
18 submit.
19    THE COURT: Okay.
20    (Pause while the Court heard other matters.)
21    THE COURT: Got it. All right. Let me hear from
22 the United States on why there should be security for the
23 bond since that seems to be what the contest is.
24    MR. CHENG: Would your Honor prefer to hear
25 individualized arguments for each of the Defendants or --

1           THE COURT: Whatever you think will persuade me.
2           MR. CHENG: Well, the amounts are related to the
3  conduct that's alleged in the complaints, and although the
4  Defendants may have ties to this community, this is a case
5  out of Massachusetts. There aren't any ties we're aware of
6  to that location.
7           THE COURT: Why is that relevant?
8           MR. CHENG: Your Honor, the --
9           THE COURT: Isn't ties to the community -- all the
10 precedent that I've seen is ties to the United States.
11          MR. CHENG: There are the -- the Government simply
12 wishes to ensure that all the Defendants make their
13 appearance on March 29th in Massachusetts, but I understand
14 the Court's position with respect to what probably is --
15          THE COURT: Well, I'm just wondering why you think
16 there's a risk of flight that requires a -- do any of these
17 Defendants have any prior criminal history?
18          MR. CHENG: Not that we're aware of, your Honor.
19          THE COURT: Okay. So why is there a risk of
20 flight that would require a secured bond?
21          MR. CHENG: I think in this case, your Honor, it's
22 simply the nature of the allegations and the resources
23 available to the Defendants.
24          THE COURT: What is it about the allegations that
25 make you think that they're likely to flee?

1           MR. CHENG:  These are very serious allegations.
2  There are -- the Defendants are all individuals of means and
3  ability to travel, but I understand the Court's position.
4           THE COURT:  Okay.  We're not going to -- that's an
5  insufficient showing.  So, based on that showing, I'm not
6  going to require them to secure it.  Obviously -- and I
7  should say this to all of you -- we're setting bond terms
8  now, and it's -- and then you're going to consult with your
9  private lawyers in detail, and -- and you are entitled to
10 come back if you want to change the bond terms, and the
11 Government, I invite them, if there are different facts and
12 circumstances that would justify different bond terms, to
13 come back as well but for now we're not going to require any
14 security.
15      So can I see the bonds?
16      (Pause while the Court heard other matters.)
17           MR. CHENG:  Your Honor, while we're doing those,
18 we'd obviously ask to unseal the --
19           THE COURT:  Oh, good idea.  Granted.
20      (Pause while the Court heard other matters.)
21           THE COURT:  All right.  So on the passport, who --
22 what is that issue?
23           MR. KEANE:  Your Honor, I'd just add the -- the
24 client, whether he's got an active California ID, does have
25 an active passport.  Might I suggest that you make as a

1  condition of the appearance in Boston the Defendants show up
2  with their passport.  It could be determined at that time
3  whether it needs to be turned in.
4          THE COURT:  What do you think about the passport
5  issue?
6          MR. CHENG:  Your Honor, we do think these are
7  people of means.  One of the people who we were trying to
8  arrest this morning is in Germany as far as we understand.
9  So we -- we do think that we should ensure that they don't
10 leave the country prior to the March 29th initial appearance
11 in Boston.  If the Court in Boston wants to revisit that
12 issue, it could.
13         MS. LINKER:  Your Honor, with respect -- the
14 person in Germany didn't know that there was --
15         THE COURT:  He'll come back.
16         MS. LINKER:  -- and is going to come back, and --
17         THE COURT:  No, but the issue is whether or not
18 they should be forbidden from leaving the country and barred
19 from leaving the country.
20         MS. LINKER:  Well, I think your Honor could set a
21 condition of their bond that they not leave the country.  It
22 would be a violation of their bond if they did so, and that
23 there doesn't need to be a surrendering of the passports in
24 order to ensure that.
25         THE COURT:  I'm not -- I'm not entirely sure what

1 the inconvenience is.
2     MS. LINKER: I think travel is a lot easier, and
3 they're going to be going back and forth from here to Boston
4 a significant amount, with their passports.
5     THE COURT: Well, I understand that, but they
6 don't need their passports to get to Boston. Okay. Well,
7 I'm going to order surrender of the passports. Obviously
8 that's another issue that can be revisited.
9    Okay. So let me get -- all right. So, other than the
10 amount of the bonds, all of the other terms are the same?
11     MS. LINKER: Correct, your Honor.
12     THE COURT: Okay.
13     MR. MATHESON: That's correct, your Honor, except
14 for the exact time of the appearances between 2:00 p.m.,
15 2:30 p.m., and 3:00 p.m.
16     MS. LINKER: Oh, I didn't even notice that.
17     MR. MATHESON: On March 29th in Boston.
18     THE COURT: Some of them don't have times. Most
19 of -- many of them don't have times. So, as we go through
20 them, you'll tell me what times they are. Okay?
21     MR. MATHESON: Yes.
22     THE COURT: Okay. So -- so, if you could just
23 move a little bit so I can see everybody. You're going to
24 be released on bonds. I will go through with each of you
25 how much the bond is, but there are a variety of terms that

are all the same in all of the bonds. And so I'm going to describe those to you and what they mean and the consequences if you violate them, and I'll try to speak into the microphone so everyone can hear me. Apologies.

The -- it's really important that you live up to the terms of these bonds. If you violate any of these conditions, a lot of bad things happen. First, the Government can come after you and get a judgment in the amount of the bond.

The second is the -- you will be arrested if you violate any of these conditions and detained until the case is over. It's a really complicated case. It will take a long time to work out, and you don't want to be defending yourself from a jail cell.

And, lastly, violating these conditions is itself a crime, and you can go to prison just for violating these conditions. So it's really important, and at the end of all this, I'm going to ask each of you to promise me that you will follow these conditions.

So the conditions that are common to everyone are as follows:

There's a face amount on the bond. There will be no security, and the additional conditions are as follows:

Each Defendant shall appear at all proceedings as ordered by the Court and shall surrender for service of any

13

sentence that's imposed.  Each Defendant shall not commit any federal, state, or local crime.  Each Defendant shall not harass, threaten, intimidate, injure, tamper with or retaliate against any witness, victim, informant, juror, or officer of the Court or obstruct any criminal investigation. Defendants shall surrender all passports and visas to Pretrial Services by March 15th, 2019 and shall not apply for any passports or other travel documents.

Defendants shall have no contact with any co-Defendants outside the presence of counsel except for their spouses. Each Defendant shall appear at the John Joseph Moakley U.S. Courthouse located at 1 Courthouse Way Boston, Massachusetts, on March 29th, and I'll give you the time of each of your appearances.

(Pause while the Court heard other matters.)

THE COURT:  And, Mr. Huneeus?

THE DEFENDANT:  Yes.

THE COURT:  Your bond is $1,000,000.  Your appearance is at 2:30 p.m. on March 29th.  Do you understand the conditions of the bond?

THE DEFENDANT:  I do.

THE COURT:  And do you promise to abide by them?

THE DEFENDANT:  I do.

THE COURT:  So, just for the record, for some that may not have been recorded, all of the Defendants indicated

14

1 they understood the terms of the bond promised to abide by
2 them, and let's get these signed up.
3     (Pause.)
4         THE CLERK: Everybody has their bond paperwork,
5 right? Everybody got a copy?
6         THE COURT: Does anybody not have their bond?
7 Just want to make sure. Okay. All right.
8     Is there anything else?
9         MR. KEANE: Not from us, your Honor.
10        MR. MATHESON: Nothing from the Government, your
11 Honor.
12        THE COURT: All right. Okay. So anything else?
13 All right. Thank you all.
14        ALL: Thank you, your Honor.
15    (Proceedings concluded at 10:03 a.m.)
16
17
18
19
20
21
22
23
24
25

15

1 CERTIFICATE OF TRANSCRIBER

2

3     I certify that the foregoing is a true and correct
4 transcript, to the best of my ability, of the above pages of
5 the official electronic sound recording provided to me by
6 the U.S. District Court, Northern District of California, of
7 the proceedings taken on the date and time previously stated
8 in the above matter.
9     I further certify that I am neither counsel for,
10 related to, nor employed by any of the parties to the action
11 in which this hearing was taken; and, further, that I am not
12 financially nor otherwise interested in the outcome of the
13 action.

14 *[signature]*

15

16         Echo Reporting, Inc., Transcriber

17           Wednesday, March 20, 2019

18

19

20

21

22

23

24

25